BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5149

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SISTEM MÜHENDISLIK INSAAT SANAYI VE TICARET, A.Ş.,<br><br>                    Plaintiff,<br><br>    v.<br><br>THE KYRGYZ REPUBLIC,<br><br>                    Defendant. | Civil Action No. 12-cv-4502 (ALC)<br><br>**SUPPLEMENTAL AFFIDAVIT OF JEREMY J.O. HARWOOD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

STATE OF NEW YORK   )
                                      : ss.:
COUNTY OF NEW YORK )

   JEREMY J.O. HARWOOD being duly sworn, deposes and says:

   1.   I am a partner of Blank Rome LLP and lead counsel in this matter. I am familiar with all the facts and circumstances in this action.

   2.   I make this affidavit in further support of plaintiff SISTEM MÜHENDISLIK INSAAT SANAYI VE TICARET, A.Ş.'s Motion for Default Judgment against defendant, THE KYRGYZ REPUBLIC ("Kyrgyz") pursuant to 28 U.S.C. § 1608(e), and Rule 55 of the Federal Civil Rules of Civil Procedure.

3. I attach as Exhibit "1" hereto a true copy of an ICSID arbitration award dated September 13, 2007 in ICSID Case No. ARB/(AF)/06/1.

*Jeremy Harwood*
Jeremy J.O. Harwood

Sworn to before me this
31st day of July, 2013

_____
NOTARY PUBLIC

KARL V. REDA
Notary Public, State of New York
No. 30-4783126. Qual. in Nassau Cty.
Certificate Filed in New York County
Commission Expires Nov. 30, 2013
30-4783126