USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/4/18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

SISTEM MUHENDISLIK INSAAT SANAYI VE
TICARET, A.S.,

                               Plaintiff,

        -against-

THE KYRGYZ REPUBLIC.,

                            Defendant.

------------------------------------------------------------ x

12-CV-4502 (ALC)

**ORDER TO SHOW CAUSE**
**REGARDING CIVIL**
**CONTEMPT**

**ANDREW L. CARTER, JR., District Judge:**

    The Court is in receipt of a recommendation by Magistrate Judge Lehrburger that Defendant show cause before this Court as to why it should not be held in civil contempt for failure to comply with post-judgment discovery orders.  ECF No. 175.  The Court hereby adjourns the conference previously scheduled for April 14, 2018 to April 23, 2018 at 3 p.m.  The parties shall appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1306 on that date and time where Defendant shall show cause as to why the Court should not issue an order of civil contempt in accordance with Magistrate Judge Lehrburger's order.  The preexisting statutory deadlines for written objections to Magistrate Judge Lehrburger's order remain in effect.

**SO ORDERED.**

**Dated**:   **April 4, 2018**
        **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**