USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/14/19

cv 10/31/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SISTEM MUHENDISLIK INSAAT SANAYI VE TICARET, A.S., Plaintiff, | | 12-CV-4502 (ALC) |
| -against- | | **ORDER** |
| THE KYRGYZ REPUBLIC, Defendant. | | |

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Defendant's request to file a reply in support of its Objections to the Report and Recommendation of Magistrate Judge Lehrburger, and Plaintiff's opposition to this request. ECF Nos. 210, 211. Defendant's request for leave to file this reply is hereby **GRANTED.**

**SO ORDERED.**

**Dated:** New York, New York
November 14, 2019

Andrew L Carter Jr

ANDREW L. CARTER, JR.
United States District Judge