USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
SISTEM MUHENDISLIK INSAAT SANAYI VE
TICARET, A.S.,

                      Plaintiff,                  12-CV-4502 (ALC)

    -against-                              **ORDER**

THE KYRGYZ REPUBLIC.,

                      Defendant.
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Proposed Judgment filed by Plaintiff. ECF No. 215. If Defendant wishes to file a response to the calculated judgment amount, it should do so on or before **March 13, 2020.**

SO ORDERED.

Dated:   March 6, 2020
            New York, New York

                                              ANDREW L. CARTER, JR.
                                              United States District Judge