USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SISTEM MÜHENDISLIK INŞAAT SANAYI VE TICARET, A.Ş.,<br><br>               Plaintiff,<br>v.<br><br>THE KYRGYZ REPUBLIC,<br><br>               Defendant. | No. 12 Civ. 4502 (ALC)<br><br>**JUDGMENT** |

Plaintiff Sistem Mühendislik Inşaat Sanayi Ve Ticaret, A.Ş. ("Sistem") having moved for the entry of judgment against defendant the Kyrgyz Republic (the "Republic") on its unpaid fee awards and accumulated civil contempt sanctions, and the matter having been brought before the Honorable Andrew L. Carter, Jr., United States District Judge, it is hereby

**ORDERED, ADJUDGED AND DECREED:** That judgment is hereby entered in favor of Sistem and against the Republic in the amount of **US$2,281,371.82** consisting of $16,371.82 in unpaid fee awards entered on November 8, 2017 (Dkt. 152) and December 19, 2017 (Dkt. 166); and $2,265,000 in accumulated civil contempt sanctions pursuant to this Court's order of October 31, 2018 (Dkt. 185) for the period from November 30, 2018 through February 26, 2020.

This is a final judgment with respect to the fee awards and civil contempt sanctions for the period set forth above. Nothing in this judgment relieves the Republic of its obligations under this Court's October 31, 2018 order or prevents the further accrual of civil contempt sanctions pursuant to that order or any further sanctions order following the period set forth above. Nothing in this judgment relieves the Republic of its obligations under this Court's

November 14, 2016 judgment confirming Sistem's arbitral award (Dkt. 131). Post-judgment interest shall accrue on this judgment at the rate provided by 28 U.S.C. § 1961(a).

Dated: May 7, 2020
New York, New York

_____
Hon. Andrew L. Carter, Jr.
United States District Judge

2