UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2020
```

SISTEM MÜHENDISLIK INŞAAT SANAYI VE TICARET, A.Ş.,

         Plaintiff,

v.

THE KYRGYZ REPUBLIC,

         Defendant.

No. 12 Civ. 4502 (ALC) (RWL)

**[PROPOSED]** ORDER

WHEREAS, on July 20, 2020, Plaintiff Sistem Mühendislik Inşaat Sanayi Ve Ticaret, A.Ş., filed a renewed motion to increase contempt sanctions;

WHEREAS, on July 28, 2020, this Court ordered the Kyrgyz Republic's counsel of record Grant McCrea either to confirm that he still represents the Republic or to file a motion to withdraw by August 4, 2020, a deadline later extended to August 14, 2020; and

WHEREAS, no response to the Court's July 28, 2020, order has been filed;

**IT IS HEREBY ORDERED THAT:**

1. The Republic's opposition, if any, to Sistem's renewed motion to increase civil contempt sanctions is due within 45 days of the entry of this order. The Republic shall file any such opposition by that date, either through Mr. McCrea or through other counsel of the Republic's choosing who is authorized to practice in this Court. The Republic is admonished that failure to file an opposition by that date will result in Sistem's motion being treated as unopposed and resolved pursuant to 28 U.S.C. § 1608(e).

2.  Within seven days of this order, Sistem is ordered to serve a copy of this order, as well as its renewed motion to increase civil contempt sanctions and supporting papers, on the following by U.S. mail and/or Federal Express, and by email:

> A. Grant McCrea
> Law Offices of A. Grant McCrea
> 444 Central Park West #4H
> New York, New York  10025
> (646) 660-0887
> agm@agmccrealaw.com
>
> A.B. Baetov, Director
> Center for Court Representation
>   of the Government of the Kyrgyz Republic
> 720040, Bishkek City, Erkindik Ave. 58 "A"
> Kyrgyzstan
> +0312 62-23-92
> center@mail.gov.kg

with courtesy copy to:

> Andrei Yakovlev
> King & Wood Mallesons
> 20 Fenchurch Street, 11th Floor
> London  EC3M 3BY
> United Kingdom
> +44 77 8068 8106
> andrei.yakovlev@eu.kwm.com

3.  Sistem shall file proof of service once effected as set forth above.  Service in such manner is hereby deemed sufficient and effective.  *See* Fed. R. Civ. P. 5(b)(2)(C); L. Civ. R. 5.3; *Dammarell v. Islamic Republic of Iran*, 370 F. Supp. 2d 218, 224 (D.D.C. 2005) (explaining that "the text of section 1608 . . . anticipate[s] formal service only of an initial pleading" and that the provision is not concerned "with ensuing pleadings or papers"); *Salazar v. Islamic Republic of Iran*, 370 F. Supp. 2d 105, 109 n.5 (D.D.C. 2005) (similar).

**SO ORDERED.**

Dated:   New York, New York
       August 21, 2020

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE