```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SISTEM MÜHENDISLIK INSAAT SANAYI
VE TICARET, A.Ş.,

      Plaintiff,

   - against -

THE KYRGYZ REPUBLIC,

      Defendant.
-------------------------------------------------------------X

12-CV-4502 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  For the reasons set forth in Plaintiff counsel's letter dated November 6, 2020 (Dkt. 247), the Court authorizes Plaintiff to serve papers directly upon the Republic until such time as defense counsel of record, Grant McCrea, confirms his continued representation of the Republic or the Republic appears through new counsel.

        SO ORDERED.

        _____
        ROBERT W. LEHRBURGER
        UNITED STATES MAGISTRATE JUDGE

Dated: November 6, 2020
   New York, New York