USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SISTEM MÜHENDISLIK INSAAT SANAYI
VE TICARET, A.Ş.,

            Plaintiff,

   - against -

THE KYRGYZ REPUBLIC,

            Defendant.

------------------------------------------------------------X

12-CV-4502 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Whereas on July 28, 2020, this Court issued an order requiring Defendant's remaining counsel of record by August 4, 2020, to either confirm continued representation of Defendant or move to withdraw; and

    Whereas at defense counsel's request the August 4, 2020 deadline was extended to August 14, 2020; and

    Whereas defense counsel of record has not complied with the Court's order;

    By November 20, 2020, defense counsel of record – Grant McCrea – shall file with the Court either (1) a letter confirming continued representation of the Defendant, or (2) a motion to withdraw.  Failure to comply with this order may result in sanctions against counsel.

                   SO ORDERED.

                   _____
                   ROBERT W. LEHRBURGER
                   UNITED STATES MAGISTRATE JUDGE

Dated: November 6, 2020
       New York, New York