USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SISTEM MÜHENDISLIK INSAAT SANAYI
VE TICARET, A.Ş.,

                Plaintiff,

      - against -

THE KYRGYZ REPUBLIC,

                Defendant.
-----------------------------------------------------------X

12-CV-4502 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On November 6, 2020, the Court issued an order requiring Defendant's remaining counsel of record Adrian Grant McCrea, by November 11, 2020, to either confirm continued representation of Defendant or move to withdraw. (Dkt. 249.) The Court received no response.

On November 30, 2020, the Court issued an order to show cause why sanctions should not be issued for non-compliance with the Court's order, allowing Mr. McCrea to make a written submission by December 7, 2020, and scheduling a show cause hearing for December 8, 2020. (Dkt. 250.) Mr. McCrea did not make any written submission and did not appear at the hearing.

Shortly after the hearing, the Court contacted Mr. McCrea by telephone. Mr. McCrea stated that he had been too sick to follow this case and was too ill to file a motion. When asked if he would like to make an oral application to withdraw, Mr. McCrea said yes. As a basis, Mr. McCrea represented that he has not spoken to Defendant in over a year and that in his last communication with Defendant, Mr. McCrea asked to be paid for

1

the services he had already rendered, but Defendant refused to pay Mr. McCrea and replaced him with different counsel, who has since withdrawn.

Good cause being shown, Mr. McCrea's oral application to withdraw as counsel for Defendant is granted. The Court respectfully requests that the Clerk of the Court remove Mr. McCrea as counsel of record for Defendant.

Once again, **Defendant is reminded that it may only appear through counsel.** Defendant shall have until January 8, 2021 to do so. Failure to appear through counsel may result in default.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 8, 2020
        New York, New York