```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SISTEM MÜHENDISLIK INSAAT SANAYI         :
VE TICARET, A.Ş.,                        :         12-CV-4502 (ALC) (RWL)
                                         :
                 Plaintiff,              :
                                         :         ORDER
        - against -                      :
                                         :
THE KYRGYZ REPUBLIC,                     :
                                         :
                 Defendant.              :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By May 17, 2022, Plaintiff shall serve its second motion for judgment and supporting papers and a copy of this order on Defendant by any means previously approved by the Court. By May 20, 2022, Plaintiff shall file an affidavit of service. Defendant may submit responding papers no later than June 10, 2022. Absent any response from Defendant, the Court will deem the matter fully submitted and proceed to resolve the motion.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 12, 2022
       New York, New York