UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SISTEM MÜHENDISLIK INSAAT SANAYI VE TICARET, A.Ş.,**<br><br>Plaintiff,<br><br>-against-<br><br>**THE KYRGYZ REPUBLIC,**<br><br>Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 11/21/2022<br><br>12-cv-4502 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Plaintiff's letter addressed to the Court. ECF No. 262. On October 6, 2022, the Court issued an order adopting Judge Lehburger's Report and Recommendation granting Plaintiff's second motion to enter judgment on accumulated sanctions. ECF No. 261. The Court hereby respectfully directs the Clerk of the Court to enter judgment in accordance with the Court's order.

**SO ORDERED.**

Dated:   November 21, 2022
           New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**