UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SISTEM MÜHENDISLIK INSAAT SANAYI
VE TICARET, A.Ş.,

                Plaintiff,                          12 **CIVIL** 4502 (ALC)

      -v-                                                 **JUDGMENT**

THE KYRGYZ REPUBLIC,
                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 21, 2022, and the Order dated October 6, 2022, the Court is in receipt of the Plaintiff's letter addressed to the Court. ECF No. 262. Judge Lehburger's Report and Recommendation is adopted and Plaintiff's second motion to enter judgment on accumulated sanctions is granted. ECF No. 261. Judgment is entered against Defendant in the amount of $8,560,000.

**Dated:**  New York, New York
            November 21, 2022

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                              **BY:**    *K. Mango*

                                                             **Deputy Clerk**