UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SISTEM MÜHENDISLIK INŞAAT SANAYI VE TICARET, A.Ş.,

        Plaintiff,

v.

THE KYRGYZ REPUBLIC,

        Defendant.

No. 12 Civ. 4502 (ALC) (RWL)

**ORDER**

---

Plaintiff Sistem Mühendislik Inşaat Sanayi Ve Ticaret, A.Ş. having filed an Unopposed Motion To Suspend Accrual of Civil Contempt Sanctions, it is hereby

**ORDERED** that the accrual of civil contempt sanctions on the following orders and judgments is hereby SUSPENDED pending further order of the Court:

(1) the order of October 31, 2018, declaring contempt of court and awarding civil contempt sanctions in favor of Sistem (Dkt. 185);

(2) the judgment of May 7, 2020, for unpaid fee awards and accumulated civil contempt sanctions (Dkt. 218);

(3) the order of January 5, 2021, increasing civil contempt sanctions (Dkt. 253); and

(4) the judgment of November 21, 2022, for accumulated civil contempt sanctions (Dkt. 264).

Dated: April 1, 2025
New York, New York

_____
Hon. Andrew L. Carter, Jr.
United States District Judge

1