**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SISTEM MÜHENDISLIK INŞAAT SANAYI VE TICARET, A.Ş.,<br><br>　　　　　Plaintiff,<br>v.<br><br>THE KYRGYZ REPUBLIC,<br><br>　　　　　Defendant. | No. 12 Civ. 4502 (ALC) (RWL)<br><br>**ORDER** |

Plaintiff Sistem Mühendislik Inşaat Sanayi Ve Ticaret, A.Ş. having filed an Unopposed Motion To Terminate Civil Contempt Sanctions, it is hereby

**ORDERED** that the accrual of civil contempt sanctions under (1) this Court's October 31, 2018, order awarding civil contempt sanctions (Dkt. 185); and (2) the Court's January 5, 2021, order increasing civil contempt sanctions (Dkt. 253); is hereby terminated; and

**ORDERED** that the sanctions accrued to date under the foregoing orders are hereby deemed satisfied in full.

Dated: April 1, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　Hon. Andrew L. Carter, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge